BROWN *et al. v.* HORNE *et al.*

FISH, C. J.  1. The motion to dismiss is without merit.

2. This case upon its facts is controlled by the decision, this day rendered, in *Brown* v. *Hawkins, ante,* 697 (77 S. E. 1123) ; and the judgment refusing the writ of quo warranto is therefore reversed.

*Judgment reversed. All the Justices concur.*

APRIL 17, 1913.

Quo warranto.  Before Judge J. B. Park.  Baldwin superior court.  December 2, 1912.

*Allen & Pottle* and *Sibley & Sibley,* for plaintiffs.

*Hines & Vinson,* for defendants.